J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAHEEM L. PLATER,** | )    **NO. CV 21-08361 FMO (KS)** |
|          **Plaintiff,** | ) |
|      **v.** | )    **ORDER AND JUDGMENT OF DISMISSAL** |
| | ) |
| **BELINDA A. WILLIAMS,** | ) |
|          **Defendant.** | ) |
| _____ | ) |

On October 18, 2021, Plaintiff, an inmate at Oklahoma's Lawton Correctional Facility, proceeding *pro se*, filed a complaint against Defendant under the Credit Repair Organizations Act, 15 U.S.C. §§ 1679-1679j. (Dkt. No. 1.) Plaintiff concurrently filed a request to proceed without prepayment of filing fees ("IFP Request"). (Dkt. No. 2.)

On November 2, 2021, the Court denied Plaintiff's IFP Request. However, the Court granted Plaintiff leave to amend his IFP Request within 30 days by re-submitting it with a Certified Trust Account Statement and Disbursement Authorization. (Dkt. No. 5.) To date, Plaintiff has neither responded to the Court's November 2, 2021 Order nor paid the filing fee.

//
//

1

1    In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this
2  action is DISMISSED.

3

4  DATED: December 13, 2021

5                                                          /s/

6                                             FERNANDO M. OLGUIN
                                             UNITED STATES DISTRICT JUDGE
7

8

9  Presented by:

10

11

12  _____

13      KAREN L. STEVENSON
   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2